Commonwealth *v.* Rembisz, Appellant.

Submitted June 9, 1969.
*Samuel W. Salus, II,* Public Defender, for appellant; *Richard A. Devlin* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below dismissing appellant's petition under the Post Conviction Hearing Act is vacated and the case remanded for a hearing to determine whether appellant waived the assistance of counsel at the time pleas of guilty were entered. See *Commonwealth ex rel. Gordon v. Myers,* 424 Pa. 352 (1967); *Commonwealth ex rel. Ackerman v. Russell,* 209 Pa. Superior Ct. 467 (1967).

Commonwealth *v.* Rembisz, Appellant.

Submitted June 9, 1969.
*Carmen J. Maffei,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below dismissing appellant's petition under the Post Conviction Hearing Act is vacated and the case remanded for a hearing to determine whether appellant waived the assistance of counsel at the time pleas of guilty were entered. See *Commonwealth ex rel. Gordon v. Myers,* 424 Pa. 352 (1967); *Commonwealth ex rel. Ackerman v. Russell,* 209 Pa. Superior Ct. 467 (1967).